UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| R.W. SAUDER, INC., | : | |
| Plaintiff, | : | 5:14-cv-00769 |
| | : | |
| v. | : | |
| | : | |
| B.F. AGRICULTURAL ACQUISITION, LLC, | : | |
| T/A BORN FREE FOODS, LLC, | : | |
| Defendant. | : | |

_____

# O R D E R

**AND NOW**, this 26th day of October, 2015, upon consideration of Plaintiff's Motion for Default Judgment, ECF No. 28, and for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** as follows:

1. **DEFAULT** is entered against Defendant B.F. Agricultural Acquisition, LLC, T/A Born Free Foods, LLC.

2. **JUDGMENT IS ENTERED** in favor of Plaintiff R.W. Sauder, Inc., and against Defendant B.F. Agricultural Acquisition, LLC, T/A Born Free Foods, LLC in the amount of **$978,496.60**.

3. This case is **CLOSED**.

                                                                                           BY THE COURT:

                                                */s/ Joseph F. Leeson, Jr.*_____
                                                JOSEPH F. LEESON, JR.
                                                United States District Judge